**Order entered February 6, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01001-CR
No. 05-16-01002-CR
No. 05-16-01003-CR
No. 05-16-01004-CR
No. 05-16-01005-CR
No. 05-16-01006-CR
No. 05-16-01007-CR
No. 05-16-01008-CR
No. 05-16-01009-CR

**ROCKY CORONADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00535-T, F14-00536-T, F14-00537-T, F14-56962-T, F14-56967-T, F14-56969-T, F14-76064-T, F14-76111-T, F14-76115-T**

## ORDER

Before the Court are appellant's January 30, 2017 motion to extend the time to file appellant's brief and the motion to withdraw as counsel filed by appellant's counsel, Christopher Graham.

We **GRANT** appellant's motion to extend and **ORDER** appellant's brief filed sixty days from the date of this order. We **DENY** Graham's motion to withdraw for noncompliance with the rules of appellate procedure. *See* TEX. R. APP. P. 6.5(a)(2),(3).

We **ORDER** the trial court to conduct a hearing to determine the status of appellant's representation. The trial court shall make appropriate findings and recommendations. The trial court shall make the following determinations:

First, the trial court shall determine whether appellant desires to pursue the appeals.

If the trial court determines that appellant does desire to pursue the appeals, the trial court shall next determine whether appellant is indigent and entitled to court-appointed counsel. If the trial court determines that appellant is indigent, we **ORDER** the trial court to appoint counsel to represent him.

If the trial court determines that appellant is not indigent, the trial court shall determine whether current counsel should be allowed to withdraw, whether appellant has retained new counsel, and whether appellant has made the necessary arrangements for filing a brief. If appellant desires to proceed with the appeals pro se, the trial court shall determine appellant's address for correspondence.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations and, if appropriate, an order appointing counsel, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
        JUSTICE